United States District Court
Southern District of Texas
**ENTERED**
March 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEWELL THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:22-cv-00133 |
| | § | |
| CHRISTOPHER CARTER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Mitchell Neurock's Memorandum and Recommendation ("M&R"). (D.E. 23). The M&R recommends that the Court deny Plaintiff Jewell Thomas's motion to alter or amend judgment, in which Plaintiff seeks leave to amend his complaint. (D.E. 23, p. 1); *see* (D.E. 22).

The parties were provided proper notice of, and the opportunity to object to, the M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its

entirety. (D.E. 23). Accordingly, the Court **DENIES** Plaintiff's motion to alter or amend judgment. (D.E. 22).

    SO ORDERED.

                                                      DAVID S. MORALES
                                                      UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        March 7, 2023